<div style="writing-mode: vertical-rl">**United States District Court**
For the Northern District of California</div>

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT JONES,

    Plaintiff,

  v.

COUNTY OF CONTRA COSTA, CITY OF EMERYVILLE, MICHELLE JONES, STEVE HARDISTER, BONNIE HARDISTER, RICHARD LUECK, EMERYVILLE POLICE, THOMAS TOLER, ELDON BILL BOLIN, SHERI McNAMARA, GARY McNAMARA, CHRISTOPHER LAVALLEE, CONTRA COSTA COUNTY SHERIFF'S DEPARTMENT,

    Defendants.
                                           /

No. C 07-00642 WHA

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND RELATED INITIAL DEADLINES**

    The Court hereby **CONTINUES** the case management conference to **JULY 5, 2007, AT 11:00 A.M.** Please file a joint case management statement by **JUNE 28, 2007**. All initial deadlines are extended accordingly.

    **IT IS SO ORDERED.**

Dated: June 6, 2007.

                                                   WILLIAM ALSUP
                                                 UNITED STATES DISTRICT JUDGE