**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT JONES,

    Plaintiff,

  v.

COUNTY OF CONTRA COSTA, et al.

    Defendants.
                                  /

No. C 07-00642 WHA

**ORDER RESCHEDULING MOTIONS TO DISMISS**

      There are two pending motions to dismiss the complaint in this action. The Court is of the view that it would be more efficient to hear and dispose of all motions to dismiss together. Accordingly, the hearings on the two pending motions to dismiss, currently scheduled for July 12, 2007, and July 19, 2007, are hereby **RESCHEDULED** to **8:00 A.M.** on **AUGUST 2, 2007**. Any other defendant wishing to file a motion to dismiss must do so by **JUNE 28, 2007**. Plaintiff's oppositions will be due by **JULY 12, 2007**. Defendants' replies will be due by **JULY 19, 2007**.

      **IT IS SO ORDERED.**

Dated: June 15, 2007.

                                            WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE