**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT JONES,

    Plaintiff,

  v.

COUNTY OF CONTRA COSTA, et al.

    Defendants.
                               /

No. C 07-00642 WHA

**ORDER RESCHEDULING MOTION TO STRIKE**

The pending motion to strike will be heard with the pending motions to dismiss on **AUGUST 2, 2007**, at **8:00 A.M.** The hearing on July 12, 2007, is hereby **VACATED**.

**IT IS SO ORDERED.**

Dated: July 10, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE