IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT JONES,

    Plaintiff,

  v.

COUNTY OF CONTRA COSTA, et al.

    Defendants.
                                /

No. C 07-00642 WHA

**ORDER RE BRIEFING SCHEDULE**

      Defense counsel has recently informed the court that plaintiff is in custody. Plaintiff's oppositions to the two pending motions to dismiss and the pending motion to strike must be filed by **JULY 23, 2007**. Defendants' oppositions are due by **JULY 27, 2007**. For the time being, the hearing currently scheduled for **8:00 A.M.** on **AUGUST 2, 2007**, will remain on calendar.

      **IT IS SO ORDERED.**

Dated: July 13, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE