United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT JONES,

    Plaintiff,

  v.

COUNTY OF CONTRA COSTA, CITY OF EMERYVILLE, MICHELLE JONES, STEVE HARDISTER, BONNIE HARDISTER, RICHARD LUECK, EMERYVILLE POLICE, THOMAS TOLER d/b/a TOLER BAIL BONDS, ELDON BILL BOLIN, SHERI McNAMARA, GARY McNAMARA, CHRISTOPHER LAVALLEE, and DOES 1–100, individually and/or as employees or agents of CONTRA COSTA COUNTY or CITY OF EMERYVILLE,

    Defendants.

                                                /

No. C 07-00642 WHA (PR)

**ORDER OF DISMISSAL**

    This is a civil rights case filed pro se by an individual who alleged harassment and assault by the Contra Costa County Sheriff's Department. The complaint was dismissed with leave to amend. Because there were numerous pleading deficiencies in the complaint, the Court allowed him to file another amended complaint. He was warned that there was no right to repeated amendments, that his next pleading should set forth his best case, and that he should not expect to be able to "fix" more pleading shortfalls. Plaintiff has not amended.

    This case is **DISMISSED** with prejudice. The clerk shall close the file.

    **IT IS SO ORDERED.**

Dated: September 4, 2007

                                      WILLIAM ALSUP
                                      UNITED STATES DISTRICT JUDGE